**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| SILEVO, LLC. AND SOLARCITY CORP.,<br><br>                   Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>                  Defendant. | **SUMMONS**<br>Court No. 16-00126 |

**TO:** The Attorney General, the Department of Commerce, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                       **/s/Tina Potuto Kimble**
                                                       Clerk of the Court

---

1. **Name and standing of plaintiffs:**

      Plaintiff, Silevo, LLC (formerly Silevo, Inc.) and its parent company SolarCity Corporation (collectively, "SolarCity"), requested that the U.S. Department of Commerce (the "Department") issue a scope ruling finding that its proprietary Triex™ photovoltaic (PV) modules are outside the scope of the antidumping duty and countervailing duty orders on crystalline silicon photovoltaic cells from China.  <u>See Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order</u>, A-570-979, 77 Fed. Reg. 73,018 (ITA, Dec.7, 2012); <u>Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Countervailing Duty Order</u>, C-570-980, 77 Fed. Reg.73, 017 (ITA, Dec. 7, 2012) (the "Orders").  The Department issued a Final Scope Ruling on June 17, 2016, finding that the Triex product is within the scope of the Orders.

      Plaintiff is an interested party as described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. §1677(9)(A), because it requested a scope ruling by the Department to determine whether the Triex product are outside the scope of the Orders. Plaintiff has standing to bring this action under 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c).

2. **Brief Description of the contested determination:**

Plaintiff contests the Department's final scope ruling that the Triex product is within the scope of the Orders.

3. **Effective date of the determination:**

The Department's final scope ruling was issued on June 17, 2016.

Respectfully submitted,

/s/ Kenneth Weigel
Kenneth Weigel
Alston & Bird LLP
950 F Street, NW
Washington, DC 20004
E-mail: Ken.Weigel@alston.com
Telephone: 202-239-3431
Facsimile: 202-654-4831

Dated:  July 15, 2016

## SERVICE OF SUMMONS BY THE CLERK

Pursuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. §1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and 4(a)(4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

Upon the United States:

>Attorney-in-Charge
>International Trade Field Office
>Commercial Litigation Branch
>U.S. Department of Justice
>26 Federal Plaza, Room 346
>New York, NY 10278

>Supervising Attorney
>Civil Division
>Commercial Litigation Branch
>U.S. Department of Justice
>1100 L Street, NW
>Washington, DC 20530

Upon the Department of Commerce:

>General Counsel
>United States Department of Commerce
>Office of the Chief Counsel for Trade Enforcement and Compliance
>14th & Constitution Avenue, NW
>Washington, DC 20230